UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| PAMELA J. COLLINS, | CASE NO. 1:18CV2271 |
| Plaintiff, | JUDGE JOHN R. ADAMS |
| -vs- | |
| COMMISSIONER OF SOCIAL SECURITY, | MEMORANDUM OF OPINION AND ORDER |
| Defendant. | |

On April 16, 2019, the Magistrate Judge in this matter submitted a report and recommendation (Doc. 12) recommending that the Court dismiss this action without prejudice for want of prosecution.

Fed. R. Civ. P. 72(b) provides that the parties may object to a report and recommendation within fourteen (14) days after service. To date, no objections have been filed in this matter. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984); *Howard v. Sec'y of Health and Human Servs.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the report and recommendation of the Magistrate Judge is hereby adopted. This matter is hereby dismissed without prejudice for want of prosecution.

IT IS SO ORDERED.

Dated: June 4, 2019 　　　　　　　　　　　　　　 */s/ John R. Adams*
　　　　　　　　　　　　　　　　　　　　　　　　 JOHN R. ADAMS
　　　　　　　　　　　　　　　　　　　　　　　　 UNITED STATES DISTRICT JUDGE